[No. 56808-6-I. Division One. September 18, 2006.]

KMS FINANCIAL SERVICES, INC., *Respondent*, v. THE CITY OF SEATTLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-39069-1, Douglass A. North, J., entered August 19, 2005. *Reversed* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Dwyer, JJ. Now published at 135 Wn. App. 489.

[No. 56991-1-I. Division One. September 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. V.G., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-8-00251-2, H. Edwin Simmers, J. Pro Tem., entered September 20, 2005. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 57075-7-I. Division One. September 18, 2006.]

CAROL L. SWANTON, *Respondent*, v. EVELYNE BRIGEOIS-ASHTON, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-10152-1, Paris K. Kallas, J., entered September 16, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57182-6-I. Division One. September 18, 2006.]

DEBORA M. BASHORE, *Individually and as Personal Representative, Appellant*, v. FRASER'S BOILER SERVICE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-07573-4, Nicole MacInnes, J., entered October 4, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.